(No. 75-CC-736— )

HOFFMAN-LA ROCHE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 24, 1975.*

HOFFMAN-LA ROCHE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-741— )

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF EDUCATION, Respondent.

*Opinion filed March 24, 1975.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.